Mattie McCary, Plaintiff-Appellee, v. John Wilson, Defendant-Appellant.

Gen. No. 10,992.

Second District.

November 5, 1956.

Released for publication November 23, 1956.

Maynard & Maynard, for defendant-appellant; James F. Maynard, of counsel; Erland O. Nelson, for appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.